**United States District Court**

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MICROSOFT CORPORATION, a Washington         No. C 06-06700 WHA
     corporation,
11                                               Related to:
                                                 No. C 06-06701 WHA
12                   Plaintiff,                   No. C 06-06704 WHA
                                                 No. C 06-06707 WHA
13                                               No. C 06-06708 WHA
      v.                                         No. C 06-06710 WHA
14                                               No. C 06-06712 WHA
                                                 No. C 06-06713 WHA
15                                               No. C 06-06714 WHA
     GEORGE MAZEK d/b/a CHRIS4PL,                No. C 06-06715 WHA
16   GURO-1, JURMAZ and MAUZER-1,                No. C 06-06716 WHA
                                                 No. C 06-06717 WHA
17                                               No. C 06-06718 WHA
                     Defendants.                 No. C 06-06719 WHA
18

19   _____/          **ORDER SETTING FURTHER
                                                 CASE MANAGEMENT**
20   AND RELATED CASES.                          **CONFERENCE**

21   _____/

22          At the case management conference held on March 1, 2007, parties present expressed

23   hope that a number of the cases would be settled in the next few weeks.  A further case

24   management conference will be held on **MARCH 29, 2007, AT 2:00 P.M.**  All parties in cases that

25   have not been dismissed as of that date are ordered to appear.  Plaintiff is ordered to notify

26   defendants not represented by counsel that they are ordered to appear at this case management

27   conference.

28          For those cases that have not been settled as of the further case management conference,

     an aggressive schedule will be set to move the cases through discovery and toward trial.

1  Additionally, plaintiff's counsel is urged to expeditiously file for default judgment in those

2  cases in which no appearance has been made by defendant.

3

4       **IT IS SO ORDERED.**

5

6  Dated: March 2, 2007

                                            WILLIAM ALSUP
7                                           UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2