**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>EILEEN NGUYEN, d/b/a BIGSAVINGSTORE,<br><br>    Defendant.<br>                                                   / | No. C 06-06704 WHA<br><br>**ORDER DENYING STIPULATED REQUEST TO ENLARGE TIME FOR PRETRIAL DATES AND TRIAL DATE** |

    Good cause not shown, parties' stipulation to extend discovery, pretrial and trial dates is **DENIED**.

    **IT IS SO ORDERED.**

Dated: September 4, 2007.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE