UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EILEEN NGUYEN d/b/a BIGSAVINGSTORE,<br><br>Defendant. | CASE NO. C 06-06704 WHA<br><br>[PROPOSED] ORDER RE REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

GOOD CAUSE APPEARING, the Court order that the Request of Defendant Eileen Nguyen to substitute the Law Offices of M. Candice Bryner, a Professional Corporation as her attorney in place of Denis A. O'Mahoney, Esq., is

__X____ GRANTED    _____ DENIED

Dated: __September 14, 2007__

IT IS SO ORDERED
Judge William Alsup

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
M. CANDICE BRYNER
A PROFESSIONAL
CORPORATION

-1-

[PROPOSED] ORDER RE DEFENDANT'S REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY
CASE NO. C 06704 WHA

Printed on Recycled Paper