1  Rachel R. Davidson, (State Bar No. 215517)
   KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
2  55 Second Street, Suite 1700
   San Francisco, California 94105-3493
3  Telephone: (415) 882-8200
   Facsimile:  (415) 882-8220
4
   David A. Bateman (Pro Hac Vice)
5  Shaakirrah R. Sanders (Pro Hac Vice)
   KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
6  925 Fourth Avenue, Suite 2900
   Seattle, WA 98104
7  Telephone: (206) 623-7580
   Facsimile:  (206) 370-6110
8
   Attorneys for Plaintiff
9  Microsoft Corporation

10 M. Candice Bryner (SBN 192462)
   LAW OFFICES OF M. CANDICE BRYNER, APC
11 2102 Business Center Drive, Suite 149
   Irvine, CA 92612
12 Telephone: (949) 253-4615
   Facsimile:  (949) 253-4619
13
   Attorney for Defendant
14 Eileen Nguyen

15                    UNITED STATES DISTRICT COURT
16                   NORTHERN DISTRICT OF CALIFORNIA
17

| MICROSOFT CORPORATION, a Washington corporation, | ) Case No. C 06-06704 WHA |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER FOR PERMANENT INJUNCTION** |
| EILEEN NGUYEN d/b/a BIGSAVINGSTORE | ) |
| Defendant. | ) |

It is hereby stipulated by and between Plaintiff Microsoft Corporation ("Microsoft") and Defendant Eileen Nguyen dba BigSavingStore, ("Defendant") through her designated counsel of

record, that Defendant shall cease and refrain from engaging in any of the following activities, and from assisting, aiding, or abetting any other person or entity in engaging in or performing any of the following activities:

    a.    engaging in the business of advertising, distributing, and selling counterfeit computer software, including programs covered by Microsoft's registered copyrights and bearing Microsoft's registered trademarks or imitations thereof;

    b.    advertising and distributing counterfeit Microsoft software in interstate commerce on the Internet by using any Internet auction site, including eBay (www.ebay.com) and PriceGrabber (www.pricegrabber.com); and

    c.    engaging in any other activity constituting an infringement of any of Microsoft's property rights, Registered or Unregistered Trademarks, service marks and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these property rights, trademarks, service-marks, and/or copyrights.

Defendant represents and warrants that she has reviewed this with her counsel and understands the Stipulation and Order for Permanent Injunction. Defendant warrants that she has discussed this with her counsel, and has given her counsel the authority to bind her to the Stipulation and Order for Permanent Injunction. Microsoft's attorney warrants that she has the consent of Microsoft, has discussed this with it, and has the authority to bind Microsoft.

DATED: October 11, 2007    KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By   /s/
Rachel R. Davidson
Attorney for Microsoft Corporation

DATED: October 11, 2007    LAW OFFICES OF M. CANDICE BRYNER, APC

By   [signature]
M. Candice Bryner
Attorney for Defendant Eileen Nguyen

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED this 18th day of October, 2007.

_____
The Honorable William H. Alsup
United States District Judge

*[Stamp: IT IS SO ORDERED — Judge William Alsup — United States District Court Northern District of California]*